AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**11 CIV 0296**

SEE ATTACHED CAPTION

*Plaintiff*

v.                                    Civil Action No.

*Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/26/11

PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXENET LLC, EXENET HOLDINGS LLC, EXENET TECHNOLOGIES, INC., COMGROUP HOLDING LLC (a/k/a COMGROUP EAST), ALPHASERVE TECHNOLOGIES and ROBERT KESSLER, 104 West 27th Street, New York, NY 10001; BEDROC PARTNERS, LLC, DAVID GENTILE and BERNARD PISMENY, 159 Northern Blvd., Great Neck, NY 11021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JAN 1 4 2011

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT TO SUMMONS IN ESPOSITO v. EXENET LLC, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBORAH SUSS ESPOSITO,

                             Plaintiff

       v.

EXENET LLC, EXENET HOLDINGS LLC,
EXENET TECHNOLOGIES, INC., BEDROC
PARTNERS, LLC, COMGROUP HOLDING LLC
(a/k/a COMGROUP EAST), ALPHASERVE
TECHNOLOGIES, DAVID GENTILE, BERNARD
PISMENY AND ROBERT KESSLER,

                             Defendants.
------------------------------------------------------------------X

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                         *Server's signature*

                                             _____
                                                       *Printed name and title*

                                             _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AFFIDAVIT OF SERVICE THROUGH
THE SECRETARY OF STATE, NEW YORK

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
DEBORAH SUSS ESPOSITO,

                                  Plaintiff,

-against-

Index No. 11 CIV 0296
Dated: 1/14/11

EXENET LLC, EXENET HOLDINGS LLC,
EXENET TECHNOLOGIES, INC., BEDROC
PARTNERS, LLC, COMGROUP HOLDING LLC
(a/k/a COMGROUP EAST), ALPHASERVE
TECHNOLOGIES, DAVID GENTILE, BERNARD
PISMENY AND ROBERT KESSLER,

                                  Defendants.

STATE OF NEW YORK
COUNTY OF ALBANY     ] ss.:

      Sharon Babala, being duly sworn, deposes and says that she is over eighteen years of age, that on the 5th day of April 2011, at the Department of State in the City of Albany, New York, she served the annexed Complaint with Jury Demand upon **EXENET LLC** by delivering to and leaving with Tammy Alexander, a Data Entry Machine Operator, in the Office of the New York Department of State two (2) copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 of the Limited Liability Company Law.
      Deponent further says that she knew the person so served as aforesaid to be a Data Entry Machine Operator at the New York State Department of State, duly authorized to accept such service on behalf of said defendant.
Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Height | Approx. Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 33yrs. | 5'7" | 130lbs. |

*Sharon Babala*
Sharon Babala
Sworn to before me this 14 day of APRIL, 2011

*Arlene D. Wolbert*

ARLENE D. WOLBERT
Notary Public, State of New York
No. 01WO6073045
Qualified in Albany County
Commission Expires April 29, 20 14

```
                    State of New York - Department of State
                                Receipt for Service

Receipt #:  201104120253                          Cash #:  201104120245
Date of Service:  04/05/2011                      Fee Paid: $40 - DRAWDOWN
Service Company:  39 BLUMBERG/EXCELSIOR CORPORATE SERVICES -

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  EXENET LLC



Plaintiff/Petitioner:
          ESPOSITO, DEBORAH SUSS




Service of Process Address:
EXENET LLC
14 BOND STREET STE 149
GREAT NECK,  NY 11021

                                                  Secretary of State
                                                  By   TAMMY ALEXANDER
```

|  |  |
|---|---|
| EXENET LLC, EXENET HOLDINGS LLC, et al., Defendant(s) | (AND COMPLAINT) IN A CIVIL ACTION |

STATE OF ~~NEW YORK~~ NEW JERSEY COUNTY OF PASSAIC    SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 4/06/11 at 8:29AM., at 104 WEST 27TH STREET, NEW YORK, NEW YORK deponent served the within summons, *and complaint* on EXENET HOLDINGS, LLC  defendant therein named,
IN A CIVIL ACTION

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.    REFUSED TRUE NAME

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to MR "V" personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                      and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**  ☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs  ☐ Under 5'  ☐ Under 100 Lbs

AFFIDAVIT OF SERVICE THROUGH
THE SECRETARY OF STATE, NEW YORK

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
DEBORAH SUSS ESPOSITO,

                                Plaintiff,

-against-                           Index No. 11 CIV 0296
                                                Dated: 1/14/11

EXENET LLC, EXENET HOLDINGS LLC,
EXENET TECHNOLOGIES, INC., BEDROC
PARTNERS, LLC, COMGROUP HOLDING LLC
(a/k/a COMGROUP EAST), ALPHASERVE
TECHNOLOGIES, DAVID GENTILE, BERNARD
PISMENY AND ROBERT KESSLER,

                                Defendants.

STATE OF NEW YORK
COUNTY OF ALBANY       ] ss.:

      Sharon Babala, being duly sworn, deposes and says that she is over eighteen years of age, that on the 5th day of April 2011, at the Department of State in the City of Albany, New York, she served the annexed Complaint with Jury Demand upon **EXENET TECHNOLOGIES, INC.** by delivering to and leaving with Tammy Alexander, a Data Entry Machine Operator, in the Office of the New York Department of State two (2) copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law.
      Deponent further says that she knew the person so served as aforesaid to be a Data Entry Machine Operator at the New York State Department of State, duly authorized to accept such service on behalf of said defendant.
Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Height | Approx. Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 33yrs. | 5'7" | 130lbs. |

*[signature]*
Sharon Babala
Sworn to before me this 14 day of APRil, 2011

*[signature]*

                                 ARLENE D. WOLBERT
                        Notary Public, State of New York
                             No. 01WO6073045
                        Qualified in Albany County
                    Commission Expires April 29, 20 14

State of New York - Department of State
Receipt for Service

Receipt #: 201104120256
Date of Service: 04/05/2011
Service Company: 39 BLUMBERG/EXCELSIOR CORPORATE SERVICES -

Cash #: 201104120247
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: EXENET TECHNOLOGIES, INC.

Plaintiff/Petitioner:
    ESPOSITO, DEBORAH SUSS

Service of Process Address:
EXENET TECHNOLOGIES, INC.
C/O SOHEIL NEGAHBANI
15 EAST 26TH STREET
NEW YORK, NY 10010

Secretary of State
By  TAMMY ALEXANDER

AFFIDAVIT OF SERVICE THROUGH
THE SECRETARY OF STATE, NEW YORK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
DEBORAH SUSS ESPOSITO,

                                   Plaintiff,

    -against-

EXENET LLC, EXENET HOLDINGS LLC,
EXENET TECHNOLOGIES, INC., BEDROC
PARTNERS, LLC, COMGROUP HOLDING LLC
(a/k/a COMGROUP EAST), ALPHASERVE
TECHNOLOGIES, DAVID GENTILE, BERNARD
PISMENY AND ROBERT KESSLER,

                                  Defendants.

Index No. 11 CIV 0296
Dated: 1/14/11

STATE OF NEW YORK
COUNTY OF ALBANY     ] ss.:

    Sharon Babala, being duly sworn, deposes and says that she is over eighteen years of age, that on the 5th day of April 2011, at the Department of State in the City of Albany, New York, she served the annexed Complaint with Jury Demand upon **BEDROC PARTNERS, LLC** by delivering to and leaving with Tammy Alexander, a Data Entry Machine Operator, in the Office of the New York Department of State two (2) copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of $40.00.  That said service was made pursuant to Section 303 of the Limited Liability Company Law.
    Deponent further says that she knew the person so served as aforesaid to be a Data Entry Machine Operator at the New York State Department of State, duly authorized to accept such service on behalf of said defendant.
Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Height | Approx. Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 33yrs. | 5'7" | 130lbs. |

*Sharon Babala*
Sharon Babala
Sworn to before me this 14 day of April, 2011

*Arlene D. Wolbert*

      **ARLENE D. WOLBERT**
**Notary Public, State of New York**
        No. 01WO6073045
    Qualified in Albany County
Commission Expires April 29, 20 14

State of New York - Department of State
Receipt for Service

Receipt #:  201104120265
Date of Service:  04/05/2011
Service Company:  39 BLUMBERG/EXCELSIOR CORPORATE SERVICES -

Cash #: 201104120256
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  BEDROC PARTNERS, LLC


Plaintiff/Petitioner:
         ESPOSITO, DEBORAH SUSS


Service of Process Address:
C/O DAVID GENTILE
159 NORTHERN BLVD
GREAT NECK,  NY 11021

Secretary of State
By   TAMMY ALEXANDER

## AFFIDAVIT OF SERVICE THROUGH
## THE SECRETARY OF STATE, NEW YORK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
DEBORAH SUSS ESPOSITO,

                              Plaintiff,

                                                  Index No. 11 CIV 0296
    -against-                              Dated: 1/14/11

EXENET LLC, EXENET HOLDINGS LLC,
EXENET TECHNOLOGIES, INC., BEDROC
PARTNERS, LLC, COMGROUP HOLDING LLC
(a/k/a COMGROUP EAST), ALPHASERVE
TECHNOLOGIES, DAVID GENTILE, BERNARD
PISMENY AND ROBERT KESSLER,

                              Defendants.

STATE OF NEW YORK
COUNTY OF ALBANY       ] ss.:

      Sharon Babala, being duly sworn, deposes and says that she is over eighteen years of age, that on the 5th day of April 2011, at the Department of State in the City of Albany, New York, she served the annexed Complaint with Jury Demand upon **COMGROUP HOLDING LLC** by delivering to and leaving with Tammy Alexander, a Data Entry Machine Operator, in the Office of the New York Department of State two (2) copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of $40.00.  That said service was made pursuant to Section 303 of the Limited Liability Company Law.
      Deponent further says that she knew the person so served as aforesaid to be a Data Entry Machine Operator at the New York State Department of State, duly authorized to accept such service on behalf of said defendant.
Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Height | Approx. Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 33yrs. | 5'7" | 130lbs. |

_Sharon Babala_ (signature)
Sharon Babala
Sworn to before me this 14 day of April, 2011

_Arlene D. Wolbert_ (signature)

                **ARLENE D. WOLBERT**
        **Notary Public, State of New York**
                  No. 01WO6073045
              Qualified in Albany County
      Commission Expires April 29, 2014

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

Blumbergs Law Products

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index No. 11 CIV 0296

DEBORAH SUSS ESPOSITO,
                                    Plaintiff(s)

against

EXENET LLC, EXENET HOLDINGS LLC, et al.,
                                    Defendant(s)

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)
IN A CIVIL ACTION

STATE OF NEW JERSEY COUNTY OF PASSAIC    SS:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 4/06/11 at 8:29AM., at 104 WEST 27TH STREET, NEW YORK, NEW YORK deponent served the within summons, and complaint on ALPHASERVE TECHNOLOGIES defendant therein named,
IN A CIVIL ACTION

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.    REFUSED TRUE NAME

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy of each to MR "V" personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                                     and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
4/08/11

NADINE PASERCHIA
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 12/27/2014

PETER FELDMAN
License No. 797824

PRINT NAME BENEATH SIGNATURE

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index # 11 CIV 0296

**DEBORAH SUSS ESPOSITO**     *Plaintiff/Petitioner*     **AFFIDAVIT OF SERVICE**

*against*

**EXENET LLC, et al.**     *Defendant/Respondent*

STATE OF NEW YORK, COUNTY OF QUEENS ss:

**ROBERT URENA**, the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **APRIL 7th, 2011** at **11:20 AM**, at **159 NORTHERN BOULEVARD, GREAT NECK, NY 11021**
Deponent served the within -- **SUMMONS IN A CIVIL ACTION and COMPLAINT WITH JURY DEMAND**
☒ Said papers served had endorsed thereon index # and date of filing
On **DAVID GENTILE**

**Individual** — by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation** — by delivering thereat a true copy of each to . Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person [X]** — by delivering there a true copy *of each to* **LOIS MIRKOWSKI (Co-worker)** a person of suitable age and discretion. Said premises is recipient's ☐ Home ☒ Business Address, within the state. Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** — by affixing a true copy of each to the door of said premises, which is recipient's ☐ Home ☐ Business Address ---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: Address Confirmed by

**Mailing [X]** — On **4-08-11**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked **"Personal & Confidential"** in an official depository under the exclusive care and custody of the United States Post Office.
**Certified Mail Number** (If Required):

**Description [X]** — Gender **FEMALE** Color of skin **WHITE** Color of Hair **BROWN** Facial Hair **NO** Glasses **YES**
Approximate age **40-50** Approximate height **5'0-5'5** Approximate weight **100-110**
Other identifying features:

**Fees** — At the time of said service, deponent paid (tendered) in advance $ , the authorized witness fee and/or traveling expenses to the recipient.

**Military [X]** — In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
APRIL 8th, 2011

JEANETTE RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6181572
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES 02/04/2012

*Notary Public*

ROBERT URENA
License Number 1263889

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index # 11 CIV 0296

**DEBORAH SUSS ESPOSITO**  *Plaintiff/Petitioner*

*against*

**EXENET LLC, et al.**  *Defendant/Respondent*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF QUEENS  ss:

**ROBERT URENA**, the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **APRIL 7th, 2011** at **11:20 AM**, at **159 NORTHERN BOULEVARD, GREAT NECK, NY 11021**
Deponent served the within -- **SUMMONS IN A CIVIL ACTION and COMPLAINT WITH JURY DEMAND**
☒ Said papers served had endorsed thereon index # and date of filing

On **BERNARD PISMENY**

**Individual** — by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation** — by delivering thereat a true copy of each to .
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person [X]** — by delivering there a true copy *of each to* **LOIS MIRKOWSKI (Co-worker)** a person of suitable age and discretion.
Said premises is recipient's ☐ Home ☒ Business Address, within the state.
Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** — by affixing a true copy of each to the door of said premises, which is recipient's ☐ Home ☐ Business Address —within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: Address Confirmed by

**Mailing [X]** — On **4-08-11**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked **"Personal & Confidential"** in an official depository under the exclusive care and custody of the United States Post Office.
**Certified Mail Number** (If Required):

**Description [X]** — Gender **FEMALE** Color of skin **WHITE** Color of Hair **BROWN** Facial Hair **NO** Glasses **YES**
Approximate age **40-50** Approximate height **5'0-5'5** Approximate weight **100-110**
Other identifying features:

**Fees** — At the time of said service, deponent paid (tendered) in advance $ , the authorized witness fee and/or traveling expenses to the recipient.

**Military [X]** — In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
APRIL 8th, 2011

JEANETTE RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6181572
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES 02/04/2012

_____
Notary Public

_____
ROBERT URENA
License Number 1263889

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

Index No. 11 CIV 0296

DEBORAH SUSS ESPOSITO,

Plaintiff(s)

against

EXENET LLC, EXENET HOLDINGS LLC, et al.,

Defendant(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL ACTION**

STATE OF NEW JERSEY COUNTY OF PASSAIC   SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY
That on 4/06/11 at 8:29AM., at 104 WEST 27TH STREET, NEW YORK, NEW YORK deponent served the within summons, and complaint on ROBERT KESSLER defendant therein named,
IN A CIVIL ACTION

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof. REFUSED TRUE NAME

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to MR "V"-CO-WORKER a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

(MAILED 4/06/11)

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 104 W 27TH ST., NEW YORK, N.Y. in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
4/08/11

NADINE PASERCHIA
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 12/27/2014

PETER FELDMAN
License No. 797824

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.