UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/12/11_

DEBORAH SUSS ESPOSITO,

                       Plaintiff,

       -v-

EXENET LLC et al.,

                   Defendants.

------------------------------------------------------------------ X

11 Civ. 296 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

     As counsel may be aware, this case has been reassigned to this Court's docket. All current deadlines and schedules ordered by Judge Pauley remain in effect, including all discovery deadlines. In addition, a pretrial conference is scheduled for March 23, 2012 at 2:30 p.m. (Please note the changed time.). This conference will be held in Courtroom 18C at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

     To assist the Court in its supervision of this case, no later than October 31, 2011, the parties shall submit to Chambers a joint letter of no more than five pages that includes, in separate paragraphs:

1. A brief statement of the nature of the case and/or the principal defenses thereto;

2. A list of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions;

4. A brief description of the discovery already completed;

5. A listing of the discovery remaining and any scheduled dates therefore;

6. An identification of any discovery remaining which is necessary for the parties to engage in meaningful settlement negotiations;

7. Estimated length of trial and whether a jury has been demanded;

8. If a jury trial has been demanded, a description of any and all prior settlement discussions, including the date and participants and whether any offer or demand was made (all responses to Items 6 and 7 are protected under Fed. R. Evid. 408);

9. Whether the parties would consent to the exercise of jurisdiction by a United States Magistrate Judge. The parties may consent to the reference of this case to a Magistrate

Judge for all purposes, including trial, or to the exercise of jurisdiction by a Magistrate Judge over dispositive motions; and

10. Any other information that you believe may assist the Court in advancing your case to trial or settlement.

Counsel for the Plaintiff is responsible for ensuring that counsel for all parties are alerted to this order.  Please consult the Court's Individual Rules, available at http://www.nysd.uscourts.gov/judge/Engelmayer, with respect to communications with Chambers and related matters.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated:        New York, New York
              October 12, 2011