UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2011
```

DEBORAH SUSS ESPOSITO,

      Plaintiff,

v.

EXENET LLC, EXENET HOLDINGS LLC, EXENET TECHNOLOGIES, INC., BEDROC PARTNERS, LLC, COMGROUP HOLDING LLC d/b/a ALPHASERVE TECHNOLOGIES, DAVID GENTILE, BERNARD PISMENY and ROBERT KESSLER,

      Defendants.

---

EXENET LLC,

      Counterclaim Plaintiff,

v.

DEBORAH SUSS ESPOSITO,

      Counterclaim Defendant.

No. 11 CV 0296 (WHP)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice. Each party shall be responsible to pay its own costs, disbursements and attorneys' fees incurred in connection with the above-captioned action, in accordance with the separate agreement entered into among the parties.

**IT IS FURTHER STIPULATED AND AGREED** That this stipulation may be executed in any number of counterparts, each of which shall be deemed to constitute an original, but all of which shall constitute one and the same instrument.

Dated:  New York, New York
        September  , 2011

Dated: September   , 2011

Susan Ritz (SR 1076)

Ritz Clark & Ben-Asher LLP
Attorneys for Plaintiff
40 Exchange Place, Suite 2010
New York, NY  10005
212-321-7075
sritz@rcbalaw.com

Dated: September 28, 2011

James A. Prestiano (JP-6699)

Law Offices of James A. Prestiano, P.C.
Attorneys for Defendants
631 Commack Road, Suite 2A
Commack, NY 11725
631-499-6000
james@prestianolaw.com

Dated: September   , 2011

Martin J. Murray, Esq. (MM-5103)

The Law Offices of Martin J. Murray
Attorneys for Defendants
475 Park Avenue South, 25th Floor
New York, NY 10016
Telephone: 212-725-2044
lawoffices@martinjmurray.com

SO ORDERED:

~~Victor Marrero~~
signing for ~~WILLIAM H. PAULEY III~~ PAUL A. ENGELMAYER
U.S.D.J.

October 21, 2011